**IN THE UNITED STATES DISTRICT COURT FOR MARYLAND**
**BALTIMORE DIVISION**

| | | |
|---|---|---|
| **GWENDOLYN WILKINS** | * | |
| | * | |
| **Plaintiff** | * | |
| **v** | * | CASE NO.:  1:11 CV 02853 CCB |
| | * | |
| **SHOPPERS FOOD,** *et al* | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

*******************************************

<u>**PLAINTIFF'S RESPONSE TO DEFENDANT SHOPPER'S FOOD MOTION TO**</u>
<u>**QUASH SUBPOENA TO VERIZON**</u>

**NOW COMES**, Gwendolyn Wilkins, "Plaintiff", by her undersigned counsel, and responds to Defendant's Shopper's Food Motion to Quash Subpoena and for reason state:

1. On June 16, 2012, Plaintiff caused to be issued a Subpoena against Verizon.

2. Verizon allows for service of process via its Central Subpoena Department. **Exhibit A.**

3. On June 17, 2012, Plaintiff served Defendants' Counsel with a copy of the Subpoena as required by the Federal Rules. **Exhibit B.**

4. On June 18, 2012, Defendant's Shoppers Food contacted Plaintiff's counsel and stated that a Maryland subpoena could not be served in Texas. **Exhibit C.**

5. On June 18, 2012, undersigned counsel informed Defendant's counsel that the Subpoena was faxed to Verizon's Legal Order processing department and that Verizon was a Maryland Corporation. Furthermore, undersigned counsel

informed defense counsel that Verizon had responded and included copies of the correspondence received. **Exhibit D**

6. Verizon response indicated that they had no responsive documents and that they did not serve the phone number for the records that were being sought. **Exhibit E.**

7.  Notwithstanding, Defendant has filed this Motion to Quash the Subpoena, which by all accounts has been mooted by the response of Verizon indicating that it had no information.

8. As indicated to Defendant's Counsel, Plaintiff is not seeking any additional records from Verizon.

**WHEREFORE**, Plaintiff respectfully request that the Court deny the Defendant's Motion and for such other and further relief as may be deemed just and proper.

Respectfully submitted,

/s/ Kim Parker

_____
KIM PARKER, ESQUIRE
COUNSEL TO PLAINTIFF
**Federal Bar No.: 23894**
Law Offices of Kim Parker, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
(410) 234-2621, Office
(410) 234-2612, Facsimile
Email: kp@kimparkerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the forgoing Response to Motion Quash was mailed first

class mail postage prepaid or by electronic mail on this ____16th____ day of ____July

_____, 2012 to:

Christopher R Dunn, Esquire
*Via Electronic Email: cdunn@decarodoran.com*

Robin Finizio Kessler, Esquire
*Via Electronic Email: Kessler@nationwide.com*

/s/ Kim Parker_____
Kim Parker, Esq.
Counsel for Plaintiff
