IN THE UNITED STATES DISTRICT COURT FOR MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| **GWENDOLYN WILKINS** | * | |
| Plaintiff | * | |
| v | * | CASE NO.: 1:11 CV 02853 CCB |
| **SHOPPERS FOOD,** *et al* | * | |
| Defendants. | * | |

*****************************************

## PLAINTIFF'S RESPONSE TO DEFENDANT SHOPPER'S FOOD MOTION TO QUASH SUBPOENA TO ADT AND US LEC OF MARYLAND LLC

**NOW COMES**, Gwendolyn Wilkins, "Plaintiff", by her undersigned counsel, and responds to Defendant's Shopper's Food Motion to Quash Subpoena and for reason state:

1. The Defendant Shoppers Food Warehouse has filed a Motion to Quash Subpoena for ADT and US LEC of Maryland, LLC, on the basis that ADT did not have any responsive documents and that Plaintiff's request was overbroad and burdensome.

2. Furthermore, Defendant objects to the Subpoena issuesd to US LEC of Maryland, LLC, although they admit that US LEC of Maryland, LLC has already provided responsive documents.

3. On August 1, 2012, the undersigned received notice that ADT does not possess records responsive to the Subpoena. Accordingly, Plaintiff will not be requesting any additional records from ADT. Exhibit A

4. As the Defendant admits, US LEC of Maryland, LLC, has already responded to Plaintiff's subpoena request. Plaintiff believes the records produced are

1

satisfactory at this time. Plaintiff does not intend to subpoena any additional records from US LEC, but her investigation is ongoing and she reserves the right to seek whatever documents relevant to her case. Contrary to the Defendants allegation, the records are relevant and reasonably calculated to lead to the discovery of relevant information.

5. The Defendant Motion is now moot.

**WHEREFORE**, Plaintiff respectfully request that the Court deny the Defendant's Motion and for such other and further relief as may be deemed just and proper.

Respectfully submitted,

/s/ Kim Parker
_____
KIM PARKER, ESQUIRE
COUNSEL TO PLAINTIFF
**Federal Bar No.: 23894**
Law Offices of Kim Parker, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
(410) 234-2621, Office
(410) 234-2612, Facsimile
Email: kp@kimparkerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing Response to Motion Quash was mailed first class mail postage prepaid or by electronic mail on this ___1st___ day of ___August___, 2012 to:

Christopher R Dunn, Esquire
***Via Electronic Email: cdunn@decarodoran.com***

Robin Finizio Kessler, Esquire
***Via Electronic Email: Kessler@nationwide.com***

/s/ Kim Parker
Kim Parker, Esq.
Counsel for Plaintiff