# IN THE UNITED STATES DISTRICT COURT FOR MARYLAND
## BALTIMORE DIVISION

| | |
|---|---|
| **GWENDOLYN WILKINS** | * |
| **Plaintiff** | * |
| v | * CASE NO.: 1:11 CV 02853 CCB |
| **SHOPPERS FOOD,** *et al* | * |
| **Defendants.** | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION TO COMPEL, EM CLEANING, ULTRA-CARE FLOORING AND ERVIN MACAK TO RESPOND TO PLAINTIFF'S INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND FOR SANCTIONS**

**NOW COMES,** Gwendolyn Wilkins, "Plaintiff", by her undersigned counsel and files her Motion to Compel and for Sanctions for Defendants' willful failure to respond to discovery. In support thereof state:

1. On April 16, 2012, Plaintiff propounded Interrogatories and Request for Production of Documents on the Defendants'. **Exhibit A.**

2. Defendants' responses were due on May 17, 2012.

3. On May 22, 2012, undersigned counsel sent a letter to Defense counsel informing her that discovery was past-due.

4. In response to the May 22, 2012, correspondence, Counsel for the aforementioned defendants' indicated that she had not received any discovery from Plaintiff. Subsequently, on May 25, 2012, undersigned counsel's law clerk forwarded a copy of the discovery via electronic mail.

5. On May 29, 2012, Kim Trostle, paralegal to defense counsel, contacted the undersigned telephonically and requested that the discovery be forwarded to her directly electronically so that responses could be drafted.

6. On May 29, 2012, the undersigned's law clerk forwarded copies of discovery to Ms. Trostle electronically.

7. On May 29, 2012, Ms. Trostle confirmed that she had received the same.

8. On June 11, 2012, undersigned counsel sent a facsimile to defense counsel requesting that she respond to discovery no later than June 15, 2012.

9. On June 21, 2012, Plaintiff served the Defendants' with her Second Request for Production of Documents and Interrogatories. **Exhibit B**

10. Plaintiff was not able to resolve the conflict at the Rule 104-7 Conference held on July 3, 2012.

11. Plaintiff has acted in good faith in her attempt to resolve the discovery dispute as evident in the attached Certification of Good Faith.

12. Plaintiff has incurred attorney's fees and cost and request that the Court award her those reasonable attorney's fees and cost.

**WHEREFORE,** Plaintiff respectfully request that the Defendants' be ORDERED to respond to Plaintiff's Discovery and that the Court award Plaintiff her reasonable attorneys fees and cost necessitated by the filing of this Motion.

Respectfully Submitted,

_____
KIM PARKER, ESQUIRE
FEDERAL BAR NO.: 23894
LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
410-234-2612 Facsimile
kp@kimparkerlaw.com email

IN THE UNITED STATES DISTRICT COURT FOR MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| **GWENDOLYN WILKINS** | * | |
| | * | |
| Plaintiff | * | |
| v | * | CASE NO.: 1:11 CV 02853 CCB |
| | * | |
| **SHOPPERS FOOD,** *et al* | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SERVICE OF PROPOSED MOTION TO COMPEL

I hereby certify that Plaintiff's Motion to Compel and for Sanctions was originally served on June 18, 2012; Plaintiff has reserved the Motion on **August 6, 2012**.

Robin Kessler, Esq
Counsel for Defendants'
Via Electronic Notice

Chris Dunn, Esq.
Counsel for Defendant
Via Electronic Notice

_____
Kim Parker, Esq.