## IN THE UNITED STATES DISTRICT COURT FOR MARYLAND
### BALTIMORE DIVISION

| | | |
|---|---|---|
| **GWENDOLYN WILKINS** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| **v** | * | CASE NO.: 1:11 CV 02853 CCB |
| | * | |
| **SHOPPERS FOOD**, *et al* | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF GOOD FAITH EFFORTS

Kim Parker, attorney for Plaintiff, hereby states her good faith effort to resolve the discovery dispute:

1.      On May 22, 2012, undersigned counsel sent a letter to Defense counsel informing her that discovery was past-due. **Exhibit A.**

2.      In response to the May 22, 2012, correspondence, Counsel for the aforementioned defendants' indicated that she had not received any discovery from Plaintiff. Subsequently, on May 25, 2012, undersigned counsel's law clerk forwarded a copy of the discovery via electronic mail. **Exhibit B.**

3.      On May 29, 2012, Kim Trostle, paralegal to defense counsel, contacted the undersigned electronically and requested that the discovery be forwarded to her directly electronically so that responses could be drafted. **Exhibit C**

4.      On May 29, 2012, the undersigned's law clerk forwarded copies of discovery to Ms. Trostle electronically. **Exhibit D**

5.      On May 29, 2012, Ms. Trostle confirmed that she had received the same. **Exhibit D.**

6.      On June 11, 2012, undersigned counsel sent a facsimile to defense counsel requesting that she respond to discovery no later than June 15, 2012. **Exhibit E**

7.     On June 21, 2012[1], undersigned hand-delivered Plaintiff's Second Request for Production of Documents and Interrogatories along with copies of Plaintiff's First Request for Interrogatories and Production of Documents.   **Exhibit F**

8.     On July 2, 2012, undersigned counsel faxed topics to be discussed at the Rule 104-7 Conference, including the fact that she has not received Defendants' Discovery Responses. **Exhibit G**

9.     On July 3, 2012, Counsel's for the parties met telephonically to discuss discovery related issues in this case. Defendants' Counsel did not offer any dates of when she could answer discovery. Counsel indicated that she was informed that her clients were out of the country on a pre-scheduled vacation.

10.     On July 28, 2012, undersigned counsel faxed Defendants' counsel a subsequent letter requesting that Defendants' respond to discovery no later than August 3, 2012. **Exhibit H**

11.     Undersigned has acted in good faith to resolve the discovery dispute prior to involving the Court.


/s/ Kim Parker
_____
Kim Parker, Esquire

---

[1] Letter incorrectly states May 22, 2012

# EXHIBIT

# A

**LAW OFFICE OF**
**KIM PARKER, P.A.**

2123 Maryland Avenue
Baltimore, Maryland 21218
Tel: (410) 234-2621
Fax: (410) 234-2612
www.kimparkerlaw.com

Of Counsel: John S. Woods, Esq.
Kim Parker, Esq. (MD, DC,)

May 22, 2012

**VIA FACSIMILE (443)883-4530**
Robin Finizio Kessler, Esquire
Law Offices of Andrew B. Greenspan
1302 Concourse Drive, Suite 300
Linthicum, MD 21090

  Re: **Wilkins vs. Shoppers Food, _et al_**

Dear Mrs. Kessler:

  I am writing in regards to the above-referenced matter.  On April 14, 2012, your client was served with Interrogatories and Request for Production of Documents. Your client's discovery responses were due on May 15, 2012. As of this writing, we have not received responses to our discovery.

  Please provide your clients' discovery responses within five (5) days from the date of this correspondence. This notice shall constitute our good faith effort to resolve a discovery dispute.

  I trust that the foregoing is consistent with your understanding and agreement. Thank you in advance for your time and attention.

  With kind regards, I remain:

        Very truly yours,

        _Kim Parker_

        Kim Parker, Esq.

Cc Norris Ramsey, Esq.

# EXHIBIT

# B

**From:** Demetrius Nickens [mailto:dcn@kimparkerlaw.com]
**Sent:** Friday, May 25, 2012 11:19 AM
**To:** KESSLER@nationwide.com
**Cc:** Kim Parker, Esq (kp@kimparkerlaw.com)
**Subject:** FW: Gwen Wilkins vs. Shoppers Food, et al
**Importance:** High

Attorney Kessler:

Here is the email sent to you on April 14, 2012.  Discovery responses were due on May 16, 2012.

Respectfully,

Demetrius Nickens
Law Clerk

---

From: kp@kimparkerlaw.com
To: Kessler@nationwide.com
CC: cdunn@decarodoran.com; norriscramsey@hotmail.com; kp@kimparkerlaw.com
Subject: Gwen Wilkins vs. Shoppers Food, et al
Date: Sat, 14 Apr 2012 13:51:16 -0400
Dear Attorney Kessler:

Enclosed, please find Plaintiff's Interrogatories and Request for Production of Documents to your clients' Ultra Care Flooring, Em Cleaning and Ervin Macak in the above-referenced matter.

Notwithstanding, we would like to schedule depositions for the end of May. I am available on  May 28, 29, 30 or 31 in my office. 10:00 a.m. normally works best with my schedules on any given date.

Moreover,  we also ask that you designate one or more Rule 30(b)6) witnesses for Ultra Care Flooring and Em Cleaning.  We are preparing a list of subject that the Rule 30(b)(6) designee's will need to have knowledge of and will get them out to you as soon as possible.

Please advise the dates you are available so that we may note depositions accordingly. Thank you for your time and consideration.

Respectfully,

Kim Parker, Esquire
Attorney At Law
Law Office of Kim Parker, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
(410) 234-2621
Fax: (410) 234-2612
kp@kimparkerlaw.com

Legal Assistant  Shelbi Nelson  shelbi.nelson@kimparkerlaw.com
þ www.kimparkerlaw.com

Kim Parker, Esq. is Admitted in Maryland and District of Columbia

Please consider the environment before printing this e-mail

This is an e-mail transmission from this law firm that may contain confidential and/or privileged information, attorney work product or content exempt from disclosure under applicable law. If you received this message in error or you are not a named recipient, please notify the sender by reply e-mail or by calling 410-234-2621 Additionally, please delete the electronic message and destroy any copies of the message. Any disclosure, dissemination, distribution, reproduction or other use of the message by an unauthorized recipient is prohibited. Thank you.

**IRS CIRCULAR 230 DISCLOSURE:**
To ensure compliance with requirements imposed on June 20, 2005 by the United States Treasury, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of 1) avoiding tax-related penalties or 2) promoting, marketing or recommending to another party any tax-related matters addressed in this communications.
 [attachment "Ervin Macak Interrogatories and Req for Docs.pdf" deleted by Kim Trostle/Nationwide/NWIE] [attachment "Interog and Doc Req EM Cleaning.pdf" deleted by Kim Trostle/Nationwide/NWIE] [attachment "Interog and Doc Req Ultra Care Flooring Inc.pdf" deleted by Kim Trostle/Nationwide/NWIE]

# EXHIBIT

# C

**Kim Parker**

| | |
|---|---|
| **From:** | TROSTLK@nationwide.com |
| **Sent:** | Tuesday, May 29, 2012 10:08 AM |
| **To:** | Kim Parker |
| **Subject:** | RE: Wilkins v Shoppers, et al |

I have not received any email with discovery requests to our clients.  When I spoke to you on May 24, 2012 I specifically gave you my email address.  If any discovery was emailed to Robin Finizio Kessler since May 24, 2012, I would not have received it, as I do not receive emails addressed to her and she is out of the office until 6/4/2012.  Please have discovery requests emailed to me at this email address.

Thank you.

Kim Trostle, Paralegal
to Robin Finizio Kessler and Scott Woods
Law Office of Andrew B. Greenspan
1302 Concourse Drive, Suite 300
Linthicum, Maryland 21090
(Office) 443-883-4500
Direct: 443-883-4496
(Fax) 443-883-4530

IMPORTANT WARNING: This e-mail is intended for the use of the person(s) to whom it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law.  If the reader of this e-mail is not the intended recipient, you are hereby notified that any dissemination, distribution, copying of this information is prohibited.  If you have received this message in error, please notify me immediately and delete the related e-mail.

| | |
|---|---|
| From: | "Kim Parker" <kp@kimparkerlaw.com> |
| To: | <TROSTLK@nationwide.com> |
| Date: | 05/29/2012 10:04 AM |
| Subject: | RE: Wilkins v Shoppers, et al |

Good Morning Ms. Trostle:

I believe my office did that last week.  Please check your office email.

Respectfully,

Kim Parker, Esq.
410-234-2621

**From:** TROSTLK@nationwide.com [mailto:TROSTLK@nationwide.com]
**Sent:** Tuesday, May 29, 2012 9:38 AM
**To:** Kim Parker
**Subject:** Wilkins v Shoppers, et al

Hello Ms. Parker.

I am following up on my conversation with you last week, when I requested that you email me the discovery requests that

1

you propounded to our clients. Please do so as early as possible, so that we may begin preparing responses.

Thank you.

Kim Trostle, Paralegal
to Robin Finizio Kessler and Scott Woods
Law Office of Andrew B. Greenspan
1302 Concourse Drive, Suite 300
Linthicum, Maryland 21090
(Office) 443-883-4500
Direct: 443-883-4496
(Fax) 443-883-4530

IMPORTANT WARNING: This e-mail is intended for the use of the person(s) to whom it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this e-mail is not the intended recipient, you are hereby notified that any dissemination, distribution, copying of this information is prohibited. If you have received this message in error, please notify me immediately and delete the related e-mail.

# EXHIBIT

# D

**Kim Parker**

| | |
|---|---|
| **From:** | Demetrius Nickens <dcn@kimparkerlaw.com> |
| **Sent:** | Tuesday, May 29, 2012 10:11 AM |
| **To:** | TROSTLK@nationwide.com |
| **Cc:** | Kim Parker, Esq |
| **Subject:** | RE: FW: Gwen Wilkins vs. Shoppers Food, et al |

No problem.

Respectfully,

Demetrius Nickens
Law Clerk

**From:** TROSTLK@nationwide.com [mailto:TROSTLK@nationwide.com]
**Sent:** Tuesday, May 29, 2012 10:09 AM
**To:** Demetrius Nickens
**Subject:** Re: FW: Gwen Wilkins vs. Shoppers Food, et al

Thank you.

Kim Trostle, Paralegal
to Robin Finizio Kessler and Scott Woods
Law Office of Andrew B. Greenspan
1302 Concourse Drive, Suite 300
Linthicum, Maryland 21090
(Office) 443-883-4500
Direct: 443-883-4496
(Fax) 443-883-4530

IMPORTANT WARNING: This e-mail is intended for the use of the person(s) to whom it is addressed and contains information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this e-mail is not the intended recipient, you are hereby notified that any dissemination, distribution, copying of this information is prohibited. If you have received this message in error, please notify me immediately and delete the related e-mail.

From:    "Demetrius Nickens" <dcn@kimparkerlaw.com>
To:       <TROSTLK@nationwide.com>
Cc:       "Kim Parker, Esq" <kp@kimparkerlaw.com>
Date:    05/29/2012 10:07 AM
Subject:  FW: Gwen Wilkins vs. Shoppers Food, et al

Kim:

Per your request here is the discovery that was sent on April 14, 2012.

Respectfully,
Demetrius Nickens
Law Clerk

1

# EXHIBIT

# E

**LAW OFFICE OF**
**KIM PARKER, P.A.**

2123 Maryland Avenue
Baltimore, Maryland 21218
Tel: (410) 234-2621
Fax: (410) 234-2612
www.kimparkerlaw.com

Of Counsel: John S. Woods, Esq.
Kim Parker, Esq. (MD, DC,)

June 11, 2012

**VIA FACSIMILE (443)883-4530**

Robin Finizio Kessler, Esquire
Law Offices of Andrew B. Greenspan
1302 Concourse Drive, Suite 300
Linthicum, MD 21090

Re:   ***Wilkins vs. Shoppers Food, et al***

Dear Mrs. Kessler:

I would like to depose your clients' on one of the following dates at my office; June 27, June 28, or June 29 2012 at 10:00 am. Please confer with your clients and advise no later than Friday, June 15, 2012. If I do not hear from you by the aforementioned date, I will note your clients deposition for one of the days provided.

With respect to your client's discovery responses, I must insist that they be received no later than Friday June 15, 2012. If they are not received by this date we shall proceed with a Motion to Compel consistent with the local rules. Please treat this correspondence as my offices continued good faith effort to resolve a discovery dispute.

I trust that the foregoing is consistent with your understanding and agreement. Thank you in advance for your time and attention.

With kind regards, I remain:

Very truly yours,

Kim Parker, Esq.

Cc Norris Ramsey, Esq.
   Chris Dunn, Esq.

# EXHIBIT

# F



**LAW OFFICE OF**
**KIM PARKER, P.A.**

2123 Maryland Avenue
Baltimore, Maryland 21218
Tel: (410) 234-2621
Fax: (410) 234-2612
www.kimparkerlaw.com

Of Counsel: John S. Woods, Esq.
Kim Parker, Esq. (MD, DC,)

May 22, 2012   /June 21, 2012

**HAND DELIVERED**

Robin Finizio Kessler, Esquire
Law Offices of Andrew B. Greenspan
1302 Concourse Drive, Suite 300
Linthicum, MD 21090

    Re:   **Wilkins vs. Shoppers Food,** *et al*

Dear Mrs. Kessler:

    Enclosed, please find copies of the following:

1. **Notice of Deposition Em Cleaning, Inc**
2. **Notice of Deposition Ultra-Care Flooring**
3. **Notice of Deposition Ervin Macak**
4. **Interrogatories and Request for Production of Documents – Em Cleaning, Inc**
5. **Interrogatories and Request for Production of Documents – Ultra Care Flooring**
6. **Interrogatories and Request for Production of Documents- Ervin Macak**
7. **Plaintiff's Proposed Motion to Compel.**
8. **Plaintiff Responses to Interrogatories. Previously Served.**
9. **Plaintiff Responses to Request for Production of Documents/W Attachments.**
10. **Plaintiff Second Request for Interrogatories to Em Cleaning, Ervin Macak and Ultra-Care Flooring.**
11. **Plaintiff's Second Request for Documents to Em Cleaning, Ervin Macak and Ultra-Care Flooring.**

    I trust that the foregoing is consistent with your understanding and agreement.

    With kind regards, I remain:

                Very truly yours,

                Kim Parker, Esq.

Cc Norris Ramsey, Esq. **Via Electronic Means**
    Chris Dunn, Esq- **Via Electronic Means**

# EXHIBIT

# G

**K**

**LAW OFFICE OF
KIM PARKER, P.A.**

2123 Maryland Avenue
Baltimore, Maryland 21218
Tel: (410) 234-2621
Fax: (410) 234-2612
www.kimparkerlaw.com

Of Counsel: John S. Woods, Esq.
Kim Parker, Esq. (MD, DC,)

July 2, 2012

**VIA ELECTRONIC MAIL
AND VIA FACSIMILE**

Christopher R Dunn
DeCaro Doran Siciliano Gallagher and DeBlasis LLP
17251 Melford Blvd Ste 200
Bowie, MD 20715

**VIA ELECTRONIC MAIL
AND VIA FACSIMILE**

Robin Finizio Kessler, Esquire
Law Offices of Andrew B. Greenspan
1302 Concourse Drive, Suite 300
Linthicum, MD 21090

> Re:   **Wilkins vs. Shoppers Food, et al
> Rule 104-7 Conference, July 3, 2012 at 2:30 p.m.**

Dear Counsel:

In anticipation of the conference, please advise that my records indicate that the following are discovery issues:

a) **Ultra-Care's, EM Cleaning and Ervin Macak's failure to respond to discovery.**

b) **Ultra-Care's, EM Cleaning and Ervin Macak's failure to attend a scheduled deposition without providing any supporting evidence regarding the purported vacations.**

c) **Shoppers Food Warehouse request for an extension of time to Answer Plaintiff's Second Request for Documents.**

d) **Shoppers Food Warehouse failure to provide a knowledgeable Rule 30(b)(6) witness and its refusal to produce another witness at it's cost.**

e) **Robin Kessler, Esq, request to continue the Settlement Conference with consent of Chris Dunn, Esq and any opposition thereto of Plaintiff.**

f) **Plaintiff's request for firm deposition dates.**

g) **Shoppers Food request to have Plaintiff execute a Medical Release and Employment Release and any objections by counsel for Plaintiff.**

Christopher Dunn, Esq.
Robin Finizio Kessler , Esq
**Rule 104-7 Conference**
Page 2

h) **Plaintiff's request to extend discovery and other deadlines.**

I trust that the foregoing is consistent with your understanding and agreement. Thank you in advance for your time and attention. This conference is Plaintiffs continued good faith attempt to resolve a discovery dispute. With kind regards, I remain:

Very truly yours,

Kim Parker, Esq.

Enclosures

Cc    Norris Ramsey, Esq.

# EXHIBIT

# H

**K**

**LAW OFFICE OF**
**KIM PARKER, P.A.**

2123 Maryland Avenue
Baltimore, Maryland 21218
Tel: (410) 234-2621
Fax: (410) 234-2612
www.kimparkerlaw.com

Of Counsel: John S. Woods, Esq.
Kim Parker, Esq. (MD, DC,)

July 28, 2012

**<u>VIA FACSIMILE (443)883-4530</u>**

Robin Finizio Kessler, Esquire
Law Offices of Andrew B. Greenspan
1302 Concourse Drive, Suite 300
Linthicum, MD 21090

Re:     ***Wilkins vs. Shoppers Food, et al***

Dear Mrs. Kessler:

On June 21, 2012, my office served upon your clients', Plaintiff's Second Request for Interrogatories and Production of Documents. As of this writing, your client's responses are past-due. Moreover, as we discussed in our Rule 104-7 Conference, we still have not received your clients' responses to our initial discovery. As a follow-up to my assistants email, I would like to depose your clients'.  I will be leaving for a prescheduled vacation on August 5, 2012, and will be returning on August 21, 2012. I would like depose all your clients upon my return. Please check for dates after August 22, 2012 through August 31, 2012 and advise. I would like to get your response prior to my departure so that your clients' depositions will be noted. Based on our present discovery schedule, if I do not hear from you by August 3, 2012, a will assume that you and your clients' are available for the dates I suggested and will note their depositions accordingly.

With respect to your client's discovery responses, I must insist that they be received no later than five days from the date of this correspondence. If they are not received by this date we shall proceed with a Motion to Compel consistent with the local rules. Please treat this correspondence as my offices continued good faith effort to resolve a discovery dispute.

I trust that the foregoing is consistent with your understanding and agreement. Thank you in advance for your time and attention.

With kind regards, I remain:

Very truly yours,

Kim Parker, Esq.

Cc
  Chris Dunn, Esq.

Enclosures (6)