# IN THE UNITED STATES DISTRICT COURT FOR MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| GWENDOLYN WILKINS | * |
| | * |
| PLAINTIFF | * |
| v | * CASE NO.: 1:11 CV 02853 CCB |
| | * |
| SHOPPERS FOOD, *et al* | * |
| | * |
| DEFENDANT | * |
| | * |

******************************************

## MOTION FOR REMEDIAL SANCTIONS AND ATTORNEYS FEES FOR WILLFUL SPOLIATION OF EVIDENCE AND REQUEST FOR A HEARING THEREON

Plaintiff Gwendolyn Wilkins (hereafter "Plaintiff "or "Wilkins"), by her attorneys KIM PARKER, & LAW OFFICES OF KIM PARKER, P.A., requests that this Court issue an Order for sanctions and attorneys fees against the Defendant Shoppers Food (hereafter "Shoppers") for its failure to take the necessary steps to preserve vital evidence in this case. In support thereof states:

1. By ignoring its obligation to preserve relevant evidence, Defendant has unfairly and permanently deprived Plaintiff of access to crucial evidence that is directly relevant to her case.

2. As a result, remedial spoliation sanctions are necessary to minimize the considerable prejudice caused by Defendant's conduct.

**Plaintiff therefore respectfully request:**

(1) issue-related sanctions designed to reduce the specific evidentiary prejudice caused by Defendant's failure to preserve three central pieces of evidence; and (2) a limited jury instruction tailored to address the broader prejudice caused by Defendant's failure to preserve video footage.

As detailed below, these remedial issue sanctions are amply justified by both the governing case law and the routine application of this Court's inherent authority. While relevant precedent supports the imposition of more severe, punitive sanctions, Plaintiffs reasonably seek only remedial sanctions issued for the limited purpose of minimizing the prejudice caused by Defendant's spoliation. Plaintiff also incorporates the attached Memorandum of Law in support of her Motion for remedial spoliation sanctions.

WHEREFORE, for the reasons herein stated and those that may be apparent to the Court, Plaintiff respectfully requests that this Court GRANT this Motion.

Respectfully submitted,

/s/ Kim Parker

_____
**KIM PARKER, ESQUIRE**
**COUNSEL TO PLAINTIFF**
Federal Bar No.: 23894
Law Offices of Kim Parker, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
(410) 234-2621, Office
(410) 234-2612, Facsimile
Email: kp@kimparkerlaw.com