# DeCARO, DORAN, SICILIANO, GALLAGHER & DeBLASIS, LLP
Attorneys at Law

Alan R. Siciliano*▾
Jeffrey R. DeCaro*▾
Thomas L. Doran*
Charles E. Gallagher, Jr.*▾
Samuel J. DeBlasis, II*
Christopher R. Dunn*
Warren D. Stephens*
Jeffrey T. Brown*
Anne Marie McGinley*
Erik H. Nyce*▾

17251 Melford Boulevard
Suite 200
Bowie, Maryland 20715
(301) 352-4950
FAX (301) 352-8691

*www.decarodoran.com*

VIRGINIA OFFICE
3930 Walnut Street
Suite 250
Fairfax, Virginia 22030
(703) 255-6667
FAX (703) 299-8548

EASTERN SHORE OFFICE
740 Stagwell Road
Mail: P.O. Box 338
Queenstown, Maryland 21658
(410) 827-5013
FAX (410) 827-4323

Lynne J. Kinney*
Jennifer R. Albany*
James S. Liskow*▾
Erin Hebert Cancienne*
Jennifer A. Birckhead*
Jennifer L. Rowlett*▾
John W. Leonard*
Mark A. Kohl*

*Of Counsel*
Richard A. Yeagley■

* Also member of D.C. Bar
▾ Also member of Virginia Bar
■ Member of D.C. and Virginia Bars

☐ Reply to Virginia Office
☑ Reply to Bowie Office

May 21, 2012

Kim Parker, Esquire
THE LAW OFFICES OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218

**Re:  Gwendolyn Wilkins v. Shoppers Food Warehouse Corp.**
      **Our File No.: 04861/00576**

Dear Ms. Parker:

I am in receipt of your letter dated May 15, 2012 regarding surveillance video in this case. Your letter mistakenly states my position. My client was unable to record surveillance video of this incident onto a videotape, CD, or DVD. This was due to a malfunction of the surveillance system.

In addition, neither your client nor anyone representing your client at any time sent a letter requesting Defendant to preserve any evidence prior to the filing of this lawsuit. As such, it is our position that my client had no duty to preserve the surveillance video.

This is the correct statement of Defendant's position. Defendant does not agree with your statement of the position in your May 15, 2012 letter.

Sincerely,

*[signature]*

Christopher R. Dunn

CRD/pfh

I:\Common\WP\LI\CRD\Wilkins v. SFW\Parker 5-18-12 re response to her 5-14-12 ltr.wpd.pfh