

**SHOPPERS.**
Food & Pharmacy

---

June 11, 2010

Gwendolyn Wilkins
11242 B Powder Run
Columbia, MD 21044

        File #:    GL2010MD043599
Date of Incident:   06/11/10

Dear Gwendolyn:

I am contacting you regarding the recent incident at our store. If you would like to discuss this incident please contact me at 714-300-6549 between the hours of 8:00am & 3:00pm, (PST) Monday through Friday.

If you choose not to respond please know that Supervalu, Inc. d/b/a Shoppers Food and Pharmacy appreciates your patronage and we are sorry for any inconvenience this incident has caused you.

Sincerely,

*Kevin Brody*

Kevin Brody
Regional Claims Adjuster
Direct Dial #: 714/300-6549