Gwendolyn Wilkins
11242 B Powder Run Drive
Columbia, Maryland 21044

June 22, 2010

Kevin Brody
Regional Claims Adjuster
Shoppers Food Warehouse
3441 Fort Meade Road
Laurel Maryland 20724

File # GL2010MD043599

Date of Incident: 06/11/10

Dear Kevin:

I have been a loyal customer of Shopper's since 2004. On June 11, 2010, I made my regular weekly shopping visit to your store. When I pass the cash register to replace my hand cart I immediately slipped and fell on the wet floor. I was transported to Howard County General Hospital Emergency Room for treatment. I was seen by PA Timothy Groves-x-rays were taken and I was informed I have two bones fractured in the right foot. I had to go to Dr. Cooke for a checkup because several months ago I fractured the tibia plateau of my right leg and received medical treatment from Dr. Ricardo Cooke, an orthopedic surgeon who was recommended by Howard County Emergency Room PA, Timothy Groves on February 25, 2010. I started physical therapy immediately after the break was repaired at Laurel Regional Hospital 3-4-2010 thru 3-10-2010. Dr. Neckrita recommended that I receive physical therapy two times a week, at home. The Home Health of Maryland referred Dr. Michael Ritucci, PT to help me return to the normal use of my right leg. This was obviously of great importance to me, particularly since I need to stand for a good part of each day to do my job. I have been quite sore for the past week. I had to go to Dr. Michael Franchetti for a checkup and he knows that I was quite sore and swollen. Dr. Franchetti gave me instructions about what to do.

Thank you.

Sincerely,

*[signature: Gwen Wilkins]*

Gwendolyn Wilkins

Enclosures

Please contact me at the above address if you have any questions or need additional information. I can be contacted by phone at (410) 740-2144 or (443) 416-1042.