As to the remaining alleged "deficiencies" referenced in you May 14, 2012 letter, there is nothing further to produce that is not privileged. Below find Defendant's privilege log for all documents regarding this matter. In addition to the specific items listed in the privilege log, undersigned counsel and his office has participated in various oral and written communications with his client since being retained for this matter. These communications are not listed individually in the log.

## Privilege Log

| Date of Document | Author | Recipient | Nature | Privilege |
|---|---|---|---|---|
| Various Dates from June 2010 - September 2011 | Kevin Brody, Regional Claims Adjuster | N/A | Adjuster Log notes | Anticipation of litigation |
| June 22, 2010 | ISO Claim Search | | ISO Claim Search Report on Plaintiff | Anticipation of Litigation and Impeachment Evidence |
| October 3, 2011 | Kevin Brody, Regional Claims Adjuster | Christopher Dunn, Defendant's Counsel | Letter | Attorney Client |

Sincerely,

Christopher R. Dunn

CRD/pfh