**SUPERVALU INC. and Subsidiaries - ORGANIZATIONAL STRUCTURE**

**FY'07 - AS OF 02/24/2007**

| **Parent** | **First Tier Subsidiaries** | **Second Tier Subsidiaries** | **Third Tier Subsidiaries** | **Fourth Tier Subsidiaries** | ***Fifth Tier Subsidiary*** | |
|---|---|---|---|---|---|---|
| SUPERVALU INC. | | | | | | 41-0617000 |
| | *New Albertson's, Inc.* | | | | | 20-4057706 |
| | | Lazy Acres Markets, Inc. | | | | 95-4234867 |
| | | ABS Finance Co., Inc. | | | | 77-0593693 |
| | | ABS Insurance Ltd. | | | | Foreign |
| | | ABS Procurement Co. | | | | Foreign |
| | | Albertson's Liquors, Inc. | | | | 83-0318751 |
| | | SSM Holdings Company | | | | 01-0523835 |
| | | | Star Markets Holdings, Inc. | | | 04-3244277 |
| | | | | *Star Markets Company, Inc.* | | 04-3243710 |
| | | | Shaw's Supermarkets, Inc. | | | 04-1123420 |
| | | | | Shaw's Securities Corporation I | | 04-3125653 |
| | | | | Shaw Equipment Corporation | | 04-6043962 |
| | | | | Meadowlane, Inc. | | 04-6043963 |
| | | | | Brockton Corporation | | 04-3344578 |
| | | | | Shaw's Securities Corporation II | | 04-3125654 |
| | | | | Gorham Markets LLC | | 33-1043768 |
| | | | | Clifford W. Perham, Inc. | | 01-0315406 |
| | | | | Shaw's North Attleboro Corporation | | 04-3183778 |
| | | | | Shaw's Realty Company | | 01-6010635 |
| | | | | *Shaw's Realty Trust* | | 04-6043965 |
| | | Bristol Farms, Inc. | | | | 95-3750445 |
| | | American Stores Company, LLC | | | | 87-0207226 |
| | | | Food Basket, LLC | | | 94-6065573 |
| | | | Lucky Stores, LLC (NV) | | | 94-1705972 |
| | | | Scolari's Stores, LLC | | | 94-2832586 |
| | | | Beryl America Corporation | | | 87-0439246 |
| | | | ASC Media Services, Inc. | | | 87-0347039 |
| | | | | *U.S. Satellite Corporation* | | 87-0363856 |
| | | | American Drug Stores, LLC (referred to as ADSI Delaware LLC) | | | 36-2062697 |
| | | | | Oakbrook Beverage Centers, Inc. | | 36-3152153 |
| | | | | *American Partners LP (90%)* | | 87-0572611 |
| | | | Jewel Companies, Inc. | | | 87-0438653 |
| | | | | JOAH, Inc. | | 51-0305717 |
| | | | | | American Partners LP (1%) | 87-0572611 |
| | | | | | Acme Markets, Inc. | 87-0440072 |
| | | | | *Jewel Food Stores, Inc.* | | 36-1282500 |
| | | | | | American Partners LP (9%) | 87-0572611 |
| | | | | | Jetco Properties, Inc. | 36-6050192 |
| | | | | | MFC-Livonia Properties, Inc. | 36-2701328 |
| | | | American Procurement & Logistics, LLC | | | 87-0522523 |
| | | | | APLC Procurement, Inc. | | 84-1379239 |
| | | | ASP Realty, Inc. | | | 87-0347040 |
| | Advantage Logistics USA, Inc. | | | | | 20-0153656 |
| | Advantage Logistics USA West L.L.C. | | | | | 20-0153623 |
| | N C and T Supermarkets, Inc. | | | | | 31-1324892 |
| | Nevada Bond Investment Corp. | | | | | 13-3582394 |
| | *Planmark, Inc.* | | | | | 41-1425949 |
| | (3) Planmark Architecture of Oregon P.C. | | | | | 41-1634471 |
| | Preferred Products, Inc. | | | | | 41-0946255 |
| | SUPERVALU Finance, Inc. | | | | | 41-1731496 |
| | (6) SUPERVALU India Inc. | | | | | 20-8072564 |
| | SUPERVALU Management Corp. | | | | | 41-1823468 |
| | SUPERVALU Pharmacies, Inc. | | | | | 41-1519261 |
| | SUPERVALU Receivables, Inc. | | | | | 41-1923986 |
| | (7) *SUPERVALU Services USA Inc.* | | | | | 20-8072441 |

| | |
|---|---|
| SUPERVALU Transportation, Inc. | 41-1702021 |
| W. Newell & Co., LLC | 20-2451467 |
| Total Logistics, Inc. (f/k/a C2, Inc.) | 39-1915787 |
|     TLC Holdings, Inc. | 39-2015742 |
| Valu Ventures 2, Inc. | 41-1714263 |
| Valu Ventures, Inc. | 41-1678295 |
| Keltsch Bros, Inc. | 35-1055056 |
| Risk Planners, Inc. | 41-0955617 |
| Supermarket Operators of America, Inc. | 06-1119244 |
|     Clyde Evans Markets, Inc. | 34-1165716 |
|     Advantage Logistics - Southeast, Inc. | 63-1135391 |
|     Scott's Food Stores, Inc. | 35-1840564 |
|     SUPERVALU Receivables Funding Corporation | 41-2013392 |
|     SUPERVALU Holdings, Inc. | 43-0781167 |
|         Advantage Logistics - Southwest, Inc. | 41-1975972 |
|         Advantage Logistics- PA LLC | 41-2011357 |
|         Advantage Logistics USA East L.L.C. | 20-0153641 |
|     (8) East Main Development, Inc. | 41-1852781 |
|     (9) John Alden Industries, Inc. | 05-0355693 |
|         Livonia Holding Company, Inc. | 43-1341330 |
|         R & M Kenosha LLC | 30-0210205 |
|         Sunflower Markets, LLC | 20-3367284 |
|         SUPERVALU Holdings - PA, LLC | 41-1948609 |
|         SV Markets, Inc. | 41-1949913 |
|         SVH Holding, Inc. | 41-1858967 |
|         Ultra Foods, Inc. | 22-3064170 |
|         WC&V Supermarkets, Inc. | 41-1752344 |
|         Wetterau Finance Co. | 43-6046942 |
|         Butson's Enterprises, Inc. | 02-0317529 |
|             Butson's Enterprises of Massachusetts, Inc. | 41-1988874 |
|             Butson's Enterprises of Vermont, Inc. | 03-0261031 |
|             Keatherly, Inc. | 02-0380588 |
|             People's Market, Inc. | 02-0313715 |
|         Moran Foods, Inc. | 43-1283296 |
|             (4) Save-A-Lot Tyler Group, LLC (formerly Deals - Nothing Over a Dollar, LLC) | 43-1878955 |
|             Lot 18 Redevelopment Corporation | 43-1696388 |
|             Save-A-Lot Holdings, Inc. | 20-0888243 |
|                 Save-A-Lot Food Stores, Ltd. (f/k/a Save-A-Lot Food Stores, Inc..) | 41- 1948522 |
|             (5) SAL Food Stores, Inc. | 20-5501393 |
|                 (5) SAL Food Stores of Texas, Inc. | 20-5501646 |
|                     (5) SAL Beverage Company of Texas, Inc. | 20-5502524 |
|         Shop 'N Save Warehouse Foods, Inc. | 43-1264966 |
|             Shop 'N Save St. Louis, Inc. | 41-1948524 |
|             WSI Satellite, Inc. | 43-1620021 |
| Richfood Holdings, Inc. | 41-1943892 |
|     Market Funding, Inc. | 51-0356179 |
|     Market Company Ltd. | 54-1666879 |
|     Richfood, Inc. | 54-0356990 |
|         GWM Holdings, Inc. | 54-1571175 |
|         Market Brands, Inc. | 51-0373002 |
|         Market Improvement Corporation | 54-0808614 |
|         Market Insurance Agency, Inc. | 54-0808388 |
|         Great Valu, LLC | 54-1891645 |
|         Eastern Region Management Corp. (f/k/a Retail Funding Corp., Inc.) | 52-1863373 |
|         Rich-Temps, Inc. | 54-1421481 |
|         SFW Holding Corp | 52-2014682 |
|             Shoppers Food Warehouse Corporation | 53-0231809 |
|                 RBC Corporation | 52-1879234 |
|                 SFW Licensing Corp. | 51-0355762 |
|                 Total Beverage Virginia Corporation | 52-1120560 |
|     Super Rite Foods, Inc. | 23-1543999 |
|         FF Acquisition LLC | 54-1873731 |
|             FF Construction L.L.C. | 73-1642012 |
|         Richfood Procurement L.L.C. | 54-1914746 |

| | | |
|---|---|---|
| Foodarama LLC | | 52-1375916 |
| Foodarama, Inc. | | 52-0735100 |
| Foodarama Group, Inc. | | 52-1226792 |
| Food-A-Rama-G.U., Inc. | | 52-1336290 |
| Oxon Run, Inc. | | 52-1383166 |

**Real Estate Investment Trust:**

| | | |
|---|---|---|
| (1) SVH Realty, Inc. | | 41-1858969 |

**Subchapter S Corporation:**

| | | |
|---|---|---|
| (2) Eastern Beverage, Inc. | | 52-0903891 |

**Offshore Captive Insurance Companies:**

| | | |
|---|---|---|
| FS Insurance, Ltd. (Cayman) | | 98-0393008 |
| Wetterau Insurance Co., Ltd. (Bermuda) | | 43-1507370 |

**Wholly Owned Partnerships:**

| | | | |
|---|---|---|---|
| SV Ventures | Annual Allocated % | Scott's Food Stores Inc. | 35-1910252 |
| SV Ventures | Annual Allocated % | SUPERVALU Holdings Inc. | 35-1910252 |
| Total Logistic Control, LLC | 1% | TLC Holdings, Inc.. | 36-4217230 |
| Total Logistic Control, LLC | 99% | Total Logistics, Inc. | 36-4217230 |
| TLC Resources, LLC | 1% | TLC Holdings, Inc.. | 74-3104580 |
| TLC Resources, LLC | 99% | Total Logistic Control, LLC | 74-3104580 |

**Tax Exempt Entities:**

| | |
|---|---|
| Farm Fresh Foundation | |
| Richfood Foundation | 54-1813921 |
| Shoppers Charitable Foundation | |
| SUPERVALU Foundation | 41-1752955 |

**Footnotes:**

(1) 100% of CS owned by SUPERVALU Holdings, Inc. 105 shares of PS owned by 105 SUPERVALU INC. employees, 5 shares of PS owned by SUPERVALU INC., 481 shares of PS owned by SUPERVALU Holdings, Inc.
(2) 100% owned by individuals, S Corp, June 30th year-end.
(3) Kenneth R. Stebbins is the sole owner of 400 shares on 5/09/1988.
(4) Name changed as of 8/6/06.
(5) Incorporated in Texas on 9/1/06.
(6) Incorporated 12/15/06
(7) Incorporated 12/15/06
(8) Merged into SUPERVALU Holdings, Inc. on 1/31/07
(9) Merged into SUPERVALU Holdings, Inc. on 1/31/07

**PARTIALLY OWNED ENTITIES**

***Limited Liability Companies:***

| | | | |
|---|---|---|---|
| Arden Hills 2003 LLC | 90% | SUPERVALU INC. | 20-0251215 |
| Blaine North 1996 LLC | 70% | SUPERVALU INC. | 41-1844316 |
| Bloomington 1998 LLC | 40% | SUPERVALU INC. | 41-1920778 |
| Burnsville 1998 LLC | 77.5% | SUPERVALU INC. | 41-1920780 |
| Cambridge 2006 LLC | 51.0% | SUPERVALU INC. | 20-3949912 |
| Champlin 2005 LLC | 51% | SUPERVALU INC. | 20-2342598 |
| Coon Rapids 2002 LLC | 64% | SUPERVALU INC. | 32-0010898 |
| Diamond Lake 1994 LLC | 25% | SUPERVALU INC. | 41-1795383 |
| Diamond Lake 2004 LLC | 100% | Diamond Lake 1994 LLC | N/A |
| Forest Lake 2000 LLC | 65% | SUPERVALU INC. | 41-1991497 |
| Fridley 1998 LLC | 74.5% | SUPERVALU INC. | 41-1920782 |
| Hastings 2002 LLC | 51% | SUPERVALU INC. | 02-0566235 |
| Integrated Transportation Logistics, LLC (ITLX, | 45% | Total Logistic Control, LLC | 38-3564469 |
| Inver Grove Heights 2001 LLC | 66% | SUPERVALU INC. | 41-2014904 |
| Maplewood East 1996 LLC | 70% | SUPERVALU INC. | 41-1829206 |

| | | | |
|---|---|---|---|
| Monticello 1998 LLC | 90% | SUPERVALU INC. | 41-1920783 |
| Northfield 2002 LLC | 51% | SUPERVALU INC. | 01-0607657 |
| Plymouth 1998 LLC | 62.5% | SUPERVALU INC. | 41-1920785 |
| Savage 2002 LLC | 51% | SUPERVALU INC. | 56-2292854 |
| Shakopee 1997 LLC | 25% | SUPERVALU INC. | 41-1878389 |
| Shorewood 2001 LLC | 59% | SUPERVALU INC. | 41-2008999 |
| Silver Lake 1996 LLC | 51% | SUPERVALU INC. | 41-1840103 |
| Tidyman's LLC | 40% | SUPERVALU INC. | 91-1909535 |
| Worldwide Retail Exchange LLC (WWRE) | 0.581395% | SUPERVALU Holdings, Inc. | 52-2242825 |
| Southstar LLC | 50% | ADVANTAGE LOGISTICS USA EAST L.L.C. | 20-2854988 |
| **Partnerships:** | | | |
| Foodland Distributors | 50% | Livonia Holding Co., Inc. | 38-2540281 |
| Lithia Springs, LLC | 40% | SUPERVALU INC. | 52-2378738 |
| NAFTA Industries, Ltd. | 50.4900% | SUPERVALU INC. | 74-2571942 |
| SW Partnership | 49% | Valu Ventures | 82-0440291 |
| Woodford Square Associates Joint Venture | 33.34% | FF Acquisition LLC | 54-1302299 |
| **Non-consolidated Corporations:** | | | |
| Sweet Life Products Corporation | 75% | SUPERVALU Holdings, Inc. | 14-1487060 |
| **Trusts:** | | | |
| JJSA Liquidating Trust | | | 64-6223002 |

C:\DOCUME~1\sowens\LOCALS~1\Temp\[SVU Subs Organizational structure 02 24 07.xls]F07_Revised for ABS

| | |
|---|---|
| 14 North Main Street LLC | Massachusetts Limited Liability Company |
| 18 NMS LLC | Massachusetts Limited Liability Company |
| 28 Pond Street Realty, LLC | New Hampshire |
| 300 Main Street Realty, LLC | New Hampshire |
| 693 Randolph Avenue LLC | Massachusetts Limited Liability Company |
| 861 Edgell Road LLC | Massachusetts Limited Liability Company |
| 99 Water Street LLC | Massachusetts Limited Liability Company |
| ABS Finance Co., Inc. | Delaware |
| ABS Insurance Ltd. | Bermuda |
| ABS Procurement Co. | Grand Cayman |
| Acme Markets, Inc. | Delaware |
| Adrian Realty Trust | Massachusetts |
| Advantage Logistics – PA LLC | Pennsylvania Limited Liability Company |
| Advantage Logistics - Southeast, Inc. | Alabama |
| Advantage Logistics Southwest, Inc. | Arizona |
| Advantage Logistics USA East L.L.C. | Delaware Limited Liability Company |
| Advantage Logistics USA West L.L.C. | Delaware Limited Liability Company |
| Advantage Logistics USA, Inc. | Delaware |
| Albertsons ASSIST Inc. | Idaho |
| Albertson's Liquors, Inc. | Wyoming |
| Albertsons Stores Charitable Foundation, Inc. | Idaho |
| Amadan LLC | Massachusetts Limited Liability Company |
| American Drug Stores LLC | Delaware Limited Liability Company |
| American Partners, L.P. | Indiana Limited Partnership |
| American Procurement And Logistics Company LLC | Delaware Limited Liability Company |
| American Stores Charitable Foundation | Utah |
| American Stores Company, LLC | Delaware Limited Liability Company |
| APLC Procurement, Inc. | Utah |
| Arden Hills 2003 L.L.C. | Delaware Limited Liability Company |
| Arles, LLC | New Hampshire |
| ASC Communications, Inc. | Delaware |
| ASC Media Services, Inc. | Utah |
| ASP Realty, Inc. | Delaware |
| BAI Property LLC | Massachusetts Limited Liability Company |
| BE Development LLC | Massachusetts Limited Liability Company |
| Beryl American Corporation | Vermont |
| Blaine North 1996 L.L.C. | Delaware Limited Liability Company |
| Bloomington 1998 L.L.C. | Delaware Limited Liability Company |
| BP Realty, LLC | Massachusetts Limited Liability Company |
| Bristol Farms | California |
| Brockton Corporation | Vermont |
| Burnsville 1998 L.L.C. | Delaware Limited Liability Company |
| Butson's Enterprises of Vermont, Inc. | Vermont |
| Butson's Enterprises, Inc. | New Hampshire |
| Butson's Enterprises of Massachusetts, Inc. | Massachustts |
| Cambridge 2006 L.L.C. | Delaware Limited Liability Company |
| Cambridge Charter Realty I LLC | Massachusetts Limited Liability Company |
| CH Project LLC | Massachusetts Limited Liability Company |
| Champlin 2005 L.L.C. | Delaware Limited Liability Company |
| Clifford W. Perham, Inc. | Maine |
| Clyde Evans Markets, Inc. | Ohio |
| Coon Rapids 2002 L.L.C. | Delaware Limited Liability Company |
| Dartmouth Charter LLC | Massachusetts Limited Liability Company |
| Deals - Nothing Over A Dollar, LLC | Missouri |
| Diamond Lake 1994 L.L.C. | Delaware Limited Liability Company |


| | |
|---|---|
| Diamond Lake 2004, LLC | Minnesota Limited Liability Company |
| Discount Books East Corporation | Delaware |
| East Hampton Realty, LLC | Massachusetts Limited Liability Company |
| East High Street LLC | Massachusetts Limited Liability Company |
| Eastern Beverage, Inc. | Maryland |
| Eastern Region Management Corporation | Virginia |
| EP Realty LLC | Massachusetts Limited Liability Company |
| FF Acquisition, L.L.C. | Virginia Limited Liability Company |
| FF Construction L.L.C. | Virginia Limited Liability Company |
| Food Basket LLC | California Limited Liability Company |
| Food-A-Rama G.U., Inc. | Maryland |
| Foodarama Group, Inc. | Maryland |
| Foodarama LLC | Delaware Limited Liability Company |
| Foodarama, Inc. | Maryland |
| Foodland Distributors | Michigan General Partnership |
| Forest Lake 2000 L.L.C. | Delaware Limited Liability Company |
| Fridley 1998 L.L.C. | Delaware Limited Liability Company |
| G.W.M. Holdings, Inc. | Virginia |
| Goldstar Partners, LLC (The) | Massachusetts Limited Liability Company |
| Gorham Markets, LLC | New Hampshire Limited Liability Company |
| Great Valu, L.L.C. | Virginia Limited Liability Company |
| Hastings 2002 L.L.C. | Delaware Limited Liability Company |
| Heath Street, LLC | Massachusetts Limited Liability Company |
| HNHP Realty, LLC | New Hampshire Limited Liability Company |
| Hooksett Project, LLC | Massachusetts Limited Liability Company |
| Hooksett Realty SSI LLC | Massachusetts Limited Liability Company |
| Integrated Transportation Logistics, L.L.C. | Michigan Limited Liability Company |
| Inver Grove Heights 2001 L.L.C. | Delaware Limited Liability Company |
| Jetco Properties, Inc. | Delaware |
| Jewel Companies, Inc., a 1985 Delaware Corporation | Delaware |
| Jewel Food Stores, Inc. | New York |
| JOAH, Inc. | Delaware |
| Keatherly, Inc. | New Hampshire |
| Keltsch Bros., Inc. | Indiana |
| Lazy Acres Market Inc. | California |
| Leonard Court, LLC | Maine |
| Lithia Springs Holdings, LLC | Georgia Limited Liability Company |
| Livonia Holding Company, Inc. | Michigan |
| Lot 18 Redevelopment Corporation | Missouri |
| Lucky Stores LLC | Nevada Limited Liability Company |
| Main Realty, LLC | Massachusetts Limited Liability Company |
| Maplewood East 1996 L.L.C. | Delaware Limited Liability Company |
| Market Brands, Inc. | Delaware |
| Market Company, Ltd. | Bermuda |
| Market Funding, Inc. | Delaware |
| Market Improvement Corporation | Virginia |
| Market Insurance Agency, Inc. | Virginia |
| Mashpee Realty LLC | Massachusetts Limited Liability Company |
| Meadowlane, Inc. | Massachusetts |
| MFC-Livonia Properties, Inc. | Delaware |
| Michaels Realty Trust | New Hampshire |
| Milford Realty LLC | Massachusetts Limited Liability Company |
| MK Investments LLC | Massachusetts Limited Liability Company |
| Monticello 1998 L.L.C. | Delaware Limited Liability Company |
| Moran Foods, Inc. | Missouri |
| MP Realty, LLC | Massachusetts Limited Liability Company |
| NAFTA Industries Consolidated, Inc. | Texas |
| NC & T Supermarkets, Inc. | Ohio |

| | |
|---|---|
| Nevada Bond Investment Corp. I | Nevada |
| New Albertson's, Inc. | Delaware |
| New Milford Project LLC | Massachusetts Limited Liability Company |
| NMS Realty, LLC | Massachusetts Limited Liability Company |
| Northfield 2002 L.L.C. | Delaware Limited Liability Company |
| NP Realty LLC | New York Limited Liability Company |
| Oakbrook Beverage Centers, Inc. | Illinois |
| PAH Realty LLC | Massachusetts Limited Liability Company |
| Peoples Market, Incorporated | New Hampshire Limited Liability Company |
| Plaistow Project LLC | Massachusetts Limited Liability Company |
| Plaistow Realty SSI LLC | Massachusetts Limited Liability Company |
| Planmark Architecture of Oregon, P.C. | Oregon |
| Planmark, Inc. | Minnesota |
| Plymouth 1998 L.L.C. | Delaware Limited Liability Company |
| PNHP Realty LLC | New Hampshire Limited Liability Company |
| PP Realty LLC | Massachusetts Limited Liability Company |
| Preferred Products, Inc. | Minnesota |
| R&M Kenosha LLC | Delaware Limited Liability Company |
| Richfood Holdings, Inc. | Delaware |
| Richfood Procurement, L.L.C. | Virginia Limited Liability Company |
| Richfood, Inc. | Virginia |
| Rich-Temps, Inc. | Virginia |
| Risk Planners, Inc. | Minnesota |
| River Project, LLC | Massachusetts Limited Liability Company |
| SAL Beverage Company of Texas, Inc. | Texas |
| SAL Food Stores of Texas, Inc. | Delaware |
| SAL Food Stores, Inc. | Delaware |
| Savage 2002 L.L.C. | Delaware Limited Liability Company |
| Save-A-Lot Food Stores, Ltd. | Bermuda |
| Save-A-Lot Holdings, Inc. | Delaware |
| Scolari's Stores LLC | California |
| Scott's Food Stores, Inc. | Indiana |
| SFW Holding Corp. | Delaware |
| SFW Licensing Corp. | Delaware |
| Shakopee 1997 L.L.C. | Delaware Limited Liability Company |
| Shaw Equipment Corporation | Massachusetts |
| Shaw's North Attleboro Corp. | Massachusetts |
| Shaw's Realty Co. | Maine |
| Shaw's Realty Trust | Massachusetts |
| Shaw's Securities Corporation I | Massachusetts |
| Shaw's Securities Corporation II | Massachusetts |
| Shaw's Supermarkets, Inc. | Massachusetts |
| Shop 'N Save St. Louis, Inc. | Missouri |
| Shop 'N Save Warehouse Foods, Inc. | Missouri |
| Shoppers Charitable Foundation, Inc. | Maryland |
| Shoppers Food Warehouse Corp. | Delaware |
| Shorewood 2001 L.L.C. | Delaware Limited Liability Company |
| Silver Lake 1996 L.L.C. | Delaware Limited Liability Company |
| SNH Realty, LLC | Massachusetts Limited Liability Company |
| Southstar LLC | Delaware Limited Liability Company |
| SRA Realty LLC | Massachusetts Limited Liability Company |
| SSM Holdings Company | Delaware |
| Star Markets Company, Inc. | Massachusetts |
| Star Markets Holdings, Inc. | Massachusetts |
| Sunflower Markets, LLC | Delaware Limited Liability Company |
| Super Rite Foods, Inc. | Delaware |
| Supermarket Operators of America Inc. | Delaware |
| SUPERVALU Finance, Inc. | Minnesota |

| | |
|---|---|
| SUPERVALU Foundation | Minnesota |
| SUPERVALU Holdings-PA LLC | Pennsylvania Limited Liability Company |
| SUPERVALU Holdings, Inc. | Missouri |
| SUPERVALU India, Inc. | Minnesota |
| SUPERVALU Management Corp. | Delaware |
| SUPERVALU Pharmacies, Inc. | Minnesota |
| SUPERVALU Receivables Funding Corporation | Delaware |
| SUPERVALU Receivables, Inc. | Delaware |
| SUPERVALU Services USA, Inc. | Minnesota |
| SUPERVALU Terre Haute Limited Partnership | Indiana Limited Partnership |
| SUPERVALU Transportation, Inc. | Minnesota |
| SV Markets, Inc. | Ohio |
| SV Ventures* | Indiana General Partnership |
| SVH Holding, Inc. | Delaware |
| SVH Realty, Inc. | Delaware |
| Sweet Life Products Corporation | New York |
| TC Michigan LLC | Michigan Limited Liability Company |
| The Farm Fresh Charitable Foundation | Virgina |
| The Richfood Foundation | Virgina |
| Tidyman's, LLC | Delaware Limited Liability Company |
| TLC Holdings, Inc. | Wisconsin |
| TLC Resources, LLC | Delaware Limited Liability Company |
| Total Logistic Control, LLC | Delaware Limited Liability Company |
| Total Logistics, Inc. | Wisconsin |
| U.S. Satellite Corporation | Utah |
| Ultra Foods, Inc. | New Jersey |
| Valu Ventures, Inc. | Minnesota |
| W. Newell & Co., LLC | Delaware Limited Liability Company |
| WC&V Supermarkets, Inc. | Vermont |
| Wetterau Finance Co. | Missouri |
| Wetterau Insurance Co. Ltd. | Bermuda |
| WHP Realty, LLC | Connecticut Limited Liability Company |
| WP Properties, LLC | Rhode Island Limited Liability Company |
| WSI Satellite, Inc. | Missouri |

*SV Ventures is a general partnership between SUPERVALU Holdings, Inc. and Scott's Food Stores, Inc., each of which holds a 50% interest. Both general partners are direct subsidiaires of Supermarket Operators of America Inc.